IN The United States District Court
FOR The Western District OF New York

United States OF America,

plaintiff,

UNITED STATES DISTRICT COURT
FILED
JUN 30 2016
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

-V-

ONE 2008 DODGE ChargeR, ViN
2B3KA43G58H270212

DEFendants

---

I Am duly authorized to make this Claim
Douglas Brooks:

7. They Never Had Any probale Cuase
To search my house car or Garage
This Case was about A False
Complain That I was ever Change
whith.

Case No. CV - 304 - G 6020 - 2016 page 34 678

Claim

6-7-8 I Believ I was Framed They Illegally Broke in my garage when I was Being Invescated OFFicer Bolowky Illegally Broke iN my Garage and had some Guy with him siad He epeared to Find A piece OF Crack Cocain wich wasnt.

(7) I Never Had my truck seized and I Never owened 2000 Grand PRix And I Never sold Drugs iN my LiFE.

I Hope your honor and The DEA. take every Thing Consideration. And please return and dismiss these ~~charges~~ acuations The western DRug Task Force has made against Me Thank you. This has Cause more Stress I dont have A lawyer.

CASE 16-CV-304 6/20 Page 4/A-B-C-D-E

A-B-C-D-E- TANA ONE OF The OFFicers ask we Need three people TO SAY There was drugs and money IN my Car and Garage And There Was No staments made, That was very elegible. But The all ready Broke my Door Down IN The Garage. This was about Chris Younh ONly ON A False Camplaint ON sexawl asawlt I was Never Charged with I Believe I was FRAmed and set up FOR Druh warrant There was Three people There At my Home That should of NOT Been There.

Douglas Brush
6/21/16

KATHLEEN JOANN HEWITT
NOTARY PUBLIC STATE OF NEW YORK
Qualified in Cattaraugus County
Registration #01HE6334332
Commission Expires December 14, 2019

Kathleen J. Hewitt

Douglas Brooks
3974 Route 417
Lot 132
Allegany N.Y. 14706

OLE[illegible] NY
14760
JUN 21 2016
USPS




M.C.K.

U.S. Department of Justice
United States Attorney office
Western District of New York
Federal Center
138 Delaware Ave.
Buffalo N.Y. 14202

RECEIVED
JUN 22 2016
U.S. Attorney's Office
WDNY

Kane